Foreman Brothers Banking Company, guardian of the estate of John Cunningham, appellee, v. Consumers Company, appellant. Gen. No. 27,341.

Action for personal injuries sustained by plaintiff's ward when he was run over by defendant's motor truck. Judgment for plaintiff for $25,000. Appeal from the Circuit Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed on remittitur. Opinion filed October 3, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Wilkerson, Cassels, Potter & Gilbert, McKinley & Schmauch and Moloney & Postelnek, for appellant; Ralph F. Potter and W. W. Schmauch, of counsel. H. H. Patterson, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Yetta Miller, appellee, v. David A. Golden et al., on appeal of Beverly A. Clark et al., appellants. Gen. No. 27,352.

Suit to foreclose a trust deed in the nature of a mortgage. Decree of foreclosure rendered. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 3, 1922.

William Slack, for appellants. Walter S. Holden and Lewis & Lewis, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Herman Spitz, plaintiff in error. Gen. No. 27,532.

Indictment for taking indecent liberties with a child and with doing certain acts which tended to render such child delinquent. Felony charge waived and defendant convicted on the delinquency charge. Error to the Criminal Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed October 3, 1922.

O'Brien, Prystalski & Owen, for plaintiff in error. Robert E. Crowe, for defendant in error; Edward E. Wilson, Alva L. Bates and Clyde C. Fisher, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

Ida Madison Bock, defendant in error, v. Gustav Korthaus, plaintiff in error. Gen. No. 27,539.

Judgment by confession on a judgment note. Motion to vacate judgment denied. Appeal allowed but not perfected and review sought by writ of error on a record containing no bill of exceptions. Error to the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Richard I. Gavin, for plaintiff in error. Elmer J. Schnackenberg, for defendant in error.

Mr. Justice Morrill delivered the opinion of the court.

---

Elizabeth Kelley, appellee, v. Frank A. Novak, trading as Novak & Company, appellant. Gen. No. 27,558.

Action against a real estate broker to recover balance received on